

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00131-CR

CORY RAY SHELBY, Appellant

§   On Appeal from the 432nd District Court

§   of Tarrant County (1503573D)

v.

§   October 15, 2020

§   Memorandum Opinion by Justice Gabriel

THE STATE OF TEXAS

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel